IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANUEL ALFONSO MENDOZA-MENJIVAR, | § § § § | |
| *Petitioner*, | § § | No. 1:25-CV-2060-DAE |
| v. | § § § | |
| PAMELA JO BONDI, *et al.*, | § § § | |
| *Respondents*. | § § | |

## ORDER

Before the Court is the status of the above-captioned case. On December 16, 2025, Petitioner Manuel Alfonso Mendoza Menjivar ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. # 1.) He subsequently filed an Amended Petition for Writ of Habeas Corpus. (Dkt. # 2.) Petitioner invoked 28 U.S.C. § 2243 and asked the Court to grant the petition "forthwith" as the legal issue involved in the case has already been resolved by over 100 district courts. (Id. at 3.)

Pursuant to this division's standing order, this case was referred to U.S. Magistrate Judge Mark Lane. (Dkt. # 3.) On December 19, 2025, Judge Lane issued an Order to Show Cause, requiring Respondents Pamela Jo Bondi, United States Attorney General; Kristi Lynn Noem, Secretary of the United States Department of Homeland Security; Sylvester M. Ortega, San Antonio Acting Field

1

Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and Charlotte Collins, Warden, T. Don Hutto Detention Center, (collectively, "Respondents") to show cause in writing on or before January 2, 2026, as to why the court should not grant Petitioner's writ. (Dkt. # 4.) Respondents filed a response to the Petition for Writ of Habeas Corpus on January 2, 2026. (Dkt. # 7.)

Upon the Court's review of the status of this case and pursuant to its authority to manage its own docket, it is hereby **ORDERED** that the referral of this case to the United States Magistrate Judge Mark Lane, (Dkt. # 3), is **VACATED** and that this matter be returned to the docket of the District Court Judge David Alan Ezra. See Marinechance Shipping Ltd v Sebastian, 143 F.3d 216, 218 (5th Cir. 1998).

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 6, 2026.

_____
David Alan Ezra
Senior United States District Judge